# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TODD BONDS, | Case No.: 2:20-CV-5367 |
| PLAINTIFF, | CHIEF JUDGE ALGENON L. MARBLEY |
| v. | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| BERNE UNION LOCAL SCHOOLS, *et al.*, | |
| DEFENDANT. | |

## **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Now comes Elizabeth I. Cooke, attorney of record for Plaintiff Todd Bonds, and brings this Motion to Withdraw as Counsel pursuant to Rule 1.16 of the Ohio Rules of Professional Conduct.

Respectfully submitted,

/s/ Elizabeth I. Cooke
Elizabeth I. Cooke (0063873)
Moritz College of Law – Civil Clinic
55 West 12th Avenue
Columbus, Ohio 43210
Phone: (614) 292-6821
Fax:  (614) 292-5511
cooke.62@osu.edu

## MEMORANDUM IN SUPPORT

The Civil Clinic at the Moritz College of Law undertook the representation of the Plaintiff in the above action in late May of 2021. Pursuant to Rule 1.16(b) of the Ohio Rules of Professional Conduct, "a lawyer shall not represent a client, or where representation has commenced, shall withdraw from the representation of a client if ". . .(4) the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement, . . . (or) (9) other good cause for withdrawal exists." At this time, Plaintiff and Attorney Cooke have a fundamental disagreement regarding the appropriate course of legal action and communication difficulties. Attorney Cooke's Affidavit attesting to this disagreement is attached. ("Exhibit A").

Pursuant to Rule 1.16(d), Attorney Cooke, through the Civil Clinic at the Moritz College of Law, has taken steps, to the extent reasonably practicable, to protect Plaintiff's interests. All necessary and relevant court documents, pleadings, and papers, including this Motion shall be emailed to Plaintiff. Further, contemporaneous with the filing of this Motion to Withdraw, Attorney Cooke will be filing a Motion for an Extension of Time for Plaintiff to file his Amended Complaint. Counsel has discussed her intention to request an extension with counsel for Defendants, and he has indicated he does not oppose her request for additional time for Plaintiff to file his Amended Complaint. As this case is in the very early pleading stages, there should be no prejudice to Plaintiff's case moving forward.

For the foregoing reasons, Attorney Cooke respectfully requests that this Court grant her Motion to Withdraw as Counsel for Plaintiff Todd Bonds in this matter.

Respectfully submitted,

/s/ Elizabeth I. Cooke
Elizabeth I. Cooke (0063873)

Moritz College of Law – Civil Clinic
55 West 12th Avenue
Columbus, Ohio 43210
Phone: (614) 292-6821
Fax: (614) 292-5511
Cooke.62@osu.edu

## **CERTIFICATE OF SERVICE**

The below signed hereby certifies that an accurate copy of the foregoing *Motion to Withdraw as Counsel for Plaintiff* was served on all counsel of record by the electronic filing of the same through the court's E-filing system on this the 15th day of September 2021.

/s/ Elizabeth I. Cooke
Elizabeth I. Cooke (0063873)

# Exhibit A
# Attorney Elizabeth Cooke's Affidavit

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TODD BONDS : Case No.: 2:20-CV-5367
:
      PLAINTIFF, : CHIEF JUDGE ALGENON L. MARBLEY
:
v. : MAGISTRATE JUDGE ELIZABETH P. DEAVERS
:
BERNE UNION LOCAL SCHOOLS, *et al.*, :
:
      DEFENDANT. :

## AFFIDAVIT OF ELIZABETH I. COOKE

**State of Ohio** }
                  } SS.
**County of Franklin** }

The undersigned, being duly cautioned and sworn, hereby certifies that she has personal knowledge of the statements and facts alleged in the following paragraphs, and that the statements contained herein are true and accurate to the best of her knowledge.

1. My name is Elizabeth I. Cooke, Ohio Supreme Court Registration Number 0063873.

2. I am the attorney for Plaintiff Todd Bonds in the above captioned lawsuit.

3. Pursuant to Rules 1.16(b)(4) and 1.16(b)(9) of The Ohio Rules of Professional Conduct, I seek to withdraw as Mr. Bonds's counsel.

4. Rule 1.16(b)(4) states that an attorney may withdraw from representation if "the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement."

5. Rule 1.16(b)(9) states that an attorney may withdraw from representation if "other good cause for withdrawal exists."

6. At this time, Mr. Bonds and I have a fundamental disagreement regarding the appropriate course of legal action.

7. Withdrawal is also supported by reasons of good cause.

8. After a review of The Ohio Rules of Professional Conduct, I believe there is good faith basis to withdraw as Mr. Bonds's counsel, but I cannot further disclose those reasons due to issues of attorney-client privilege and confidentiality.

9. Pursuant to Rule 1.16(d), I have taken steps to protect Mr. Bonds's interests.

10. My withdrawal will not prejudice Mr. Bonds, as I am requesting another 30 day extension and I have conveyed this to opposing counsel, who has indicated he has no objection to the additional time request.

11. In accordance to Rule 1.16(d), I will return all papers and property to which Mr. Bonds is entitled, including correspondence, pleadings, and other items reasonably necessary to the client's representation.

12. I shall email this Motion and the Motion for Extension to Mr. Bonds, and shall update him on the decision of the Court on both matters and inform him of the due date for the filing of his Amended Complaint.

Elizabeth I. Cooke

Sworn to before me and subscribed before me this 15TH day of September 2021.

WILLIAM E. FROEHLICH
ATTORNEY
NOTARY PUBLIC
STATE OF OHIO
My commission has no expiration date
R.C. 147.03

Notary Public