UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TODD BONDS,

       Plaintiff,

                              Case No. 2:20-cv-5367
      v.                      Chief Judge Algenon L. Marbley
                              Magistrate Judge Elizabeth P. Deavers

BERNE UNION LOCAL
SCHOOLS, *et al.*,

       Defendants.

### <u>ORDER</u>

      This matter is before the Court on Plaintiff's Motion to Add Employees of the Ohio State University to the Amended Claim for Damages for Various Violations of Civil Rights Violations; Open Records Violations and Other Claims (the "Motion to Add").  (ECF No. 19.)

      Plaintiff initiated this action on October 16, 2020.  (ECF No. 1.)  On October 20, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis*.  (ECF No. 2.)  On February 8, 2021, the Undersigned conducted an initial screening of the Complaint and recommended that the Court dismiss certain claims but allow Plaintiff to proceed as to Defendants Armstrong, Snively, and Persinger-Brown in their personal capacities.  (ECF No. 5.)  On February 22, 2021, Defendant Snively filed an objection, to which Plaintiff filed a Reply brief on March 10, 2021.  (ECF Nos. 6, 7.)  On May 17, 2021, the Court adopted in part and modified in part the Undersigned's recommendation and permitted Plaintiff to pursue his equal protection claim against Defendant Snively.  (ECF No. 8.)  The Court also granted leave for

Plaintiff to file an amended complaint "to the limited extent he wishes to assert claims against the [Berne Union] Board of Education." (*Id.* at PAGEID # 130.)

On October 15, 2021, Plaintiff filed Plaintiff's Amended Claim for Damages for Violations of Civil Rights Violations; FERPA Violations; Intimidation Interference with Visitation and Other Claims (the "Amended Complaint") in this action. (ECF No. 18.) In the Amended Complaint, Plaintiff asserts claims against previously named Defendants Snively, Heath, Parker, Armstrong, and Persinger-Brown, as well as claims against newly named Defendants Berne Union Local Schools Board of Education ("Berne Union BOE"), Elizabeth I. Cooke, and Scott Hainer. (*Id.*) Plaintiff also contemporaneously filed Plaintiff's Motion to Add Employees of the Ohio State University to the Amended Claim for Damages for Various Violations of Civil Rights Violations; Open Records Violations and Other Claims (the "Motion to Add"), formally seeking leave to add Defendants Cooke and Hainer. (ECF No. 19.) In the absence of any objection from Defendants, and consistent with the liberal policy of permitting amendments set forth by Federal Rule of Civil Procedure 15(a), Plaintiff's Motion to Add Defendants Cooke and Hainer to this case is **GRANTED.**

This matter is also before the Court for an initial screen of Plaintiff's Amended Complaint, ECF No. 18, as required by 28 U.S.C. § 1915(e)(2) to identify cognizable claims and to recommend dismissal of Plaintiff's Amended Complaint, or any portion of it, which is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Having performed the initial screen, the Court concludes that, at this juncture, Plaintiff may proceed with his claims against Defendants.

The United States Marshal is **DIRECTED** to serve by certified mail upon Defendants Berne Union BOE, Cooke, and Hainer a summons, a copy of the Amended Complaint, and a copy of this Order.  Defendants are **ORDERED** to answer or otherwise respond to the Amended Complaint within **TWENTY-ONE (21) DAYS** after being served with a copy of the Amended Complaint and summons.

**IT IS SO ORDERED.**

Date:  November 8, 2021                           */s/ Elizabeth A. Preston Deavers*
                                                  ELIZABETH A. PRESTON DEAVERS
                                                  UNITED STATES MAGISTRATE JUDGE